RICHARD R. MILLER, DEFENDANT IN ERROR, v. PETER GREENWALT, PLAINTIFF IN ERROR.

Argued March 14, 1900—Decided June 18, 1900.

On error to the Supreme Court.

For the plaintiff in error, *John W. Wescott* and *John J. Crandall.*

For the defendant in error, *Edward G. C. Bleakly.*

PER CURIAM.

The judgment brought up by this writ of error must be affirmed, for the reasons given by Mr. Justice Collins in his opinion in the Supreme Court.    See *ante p.* 197.

*For affirmance*—DEPUE (CHIEF JUSTICE), VAN SYCKEL, GUMMERE, LIPPINCOTT, LUDLOW, BOGERT, HENDRICKSON, ADAMS, VREDENBURGH, VOORHEES.    10.

*For reversal*—MAGIE (CHANCELLOR).    1.